# EXHIBIT 1

```
                                                    FILED
                                                 March 10, 2025
                                            CLERK, U.S. DISTRICT COURT
                                            WESTERN DISTRICT OF TEXAS
                                            BY: ____David Cano_____
                                                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## AMENDED DESIGNATION OF AGENTS FOR SERVICE OF PROCESS

TO:   Philip J. Devlin, Clerk of Court
      United States District Court
      Western District of Texas
      San Antonio, Texas

Pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure, I hereby designate **only** the following individuals as agents to accept service of process on behalf of the United States Attorney for the Western District of Texas.  Please note the following agents are in the San Antonio Division located at 601 N.W. Loop 410, Suite 600, San Antonio, Texas:

**STEPHANIE RICO**
**NITA BROOKE**
**MELISSA ALBRIGHT**
**STEPHANIE KARAM**
**JOANIE MIRELEZ**
**ERICA BANDA**
**EBONY FARMER**
**JOAN JONES**
**KERI ALMONTE**
**MARY F. KRUGER**
**CLAYTON DIEDRICHS**

Pursuant to the same Rule 4(i)(1)(A), I hereby designate Stephanie Rico as the "Civil Process Clerk" to whom mailings of a summons and complaint by registered or certified mail to the United States Attorney are to be sent.  Certified or registered mail service upon the United States Attorney for the Western District of Texas should be addressed as follows:

**Stephanie Rico**
**Civil Process Clerk**
**Office of the United States Attorney**
**for the Western District of Texas**
**601 N.W. Loop 410, Suite 600**
**San Antonio, Texas 78216-5597**

If service under Rule 4(i)(1)(A) is to be made on the United States of applications for temporary restraining order, motions for preliminary injunctions, or orders to show cause, the following individuals at the U.S. Attorney's Office are designated as additional persons upon whom personal delivery service may be made in their respective Divisions <u>for those limited processes only</u>:

|  |  |
|---|---|
| Alpine: | Rosa Maria Martinez<br>Judy Ford<br>Lorinda Franco<br>Greg McDonald |
| Austin: | Richard Soliz<br>Alexandria Anderson<br>Lucinda Harris<br>Thomas Parnham |
| Del Rio: | Bertha Meza<br>Adriana Perez<br>Katherine Gorski |
| El Paso: | Priscilla Roldan<br>Fabiola Pongratz<br>Natashia Hines<br>Manuel Romero<br>Angelica Saenz<br>Anna Arreola |
| Midland: | DeeDee Rayos<br>Alina Soaring Hawk<br>Deonne Presley<br>Tony Franco |
| Waco: | Brenda Wright<br>Donna Myrdahl<br>Mark Frazier |

Please cause this Amended Designation of Agents for Service of Process to be posted and/or published in your office at all court points in the Western District of Texas so as to receive the greatest possible circulation among members of the bar or general public who might be involved in civil litigation with the Government. Any questions regarding this Amended Designation may be addressed to Assistant United States Attorney Mary F. Kruger, Chief, Civil Division, Tel. (210) 384-7360.

Respectfully submitted,

Dated: 3/5/2025

MARGARET F. LEACHMAN
Acting United States Attorney
Western District of Texas