IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ASHLEY N. MORGAN,<br>　　　　*Plaintiff,*<br><br>v.<br><br>LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION, AND THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:25-CV-00416-ADA |

**ORDER**

Before the Court is the status of this case. As alleged in her Complaint, Plaintiff Ashley N. Morgan is a student loan borrower who uses an Income-Based Repayment ("IBR") plan for some of her federal student loans and a Pay As You Earn ("PAYE") plan for others. ECF No. 1. at 50. Plaintiff had a March 1, 2025 deadline to recertify her income with her student loan service provider, Nelnet, Inc., as part of her repayment plan. *Id.* at ¶ 52. However, when Plaintiff attempted to access her recertification forms online in mid-February 2025, she discovered that she could not access the forms. *Id.* at ¶¶ 4, 52. Plaintiff alleges that the U.S. Department of Education removed access to income recertification forms on the studentaid.gov website without notice to student loan borrowers. *Id.* at ¶¶ 4, 36-38. Because she was unable to recertify her income on or before March 1, 2025, Plaintiff now faces a student loan payment schedule of $2,463.58 per month—an increase from her prior payment schedule of $507.19 per month. *Id.* at ¶ 54.

On March 25, 2025, the Court set a preliminary injunction hearing for April 10, 2025. ECF No. 7. However, the Court is aware that Plaintiff may now be able to access her income

recertification forms. Federal Student Aid, https://studentaid.gov/idr/ (last visited March 27, 2025). Therefore, Plaintiff is **ORDERED** to file a status report **on or before March 28, 2025** regarding whether she is still seeking a preliminary injunction. Additionally, the Court invites Defendants to similarly file a status report on or before March 28, 2025 regarding whether this case necessitates the April 10, 2025 preliminary injunction hearing.

This Order does not affect any pending deadlines set in this case.

**SIGNED** this 27th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE