IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ASHLEY N. MORGAN,<br>　　　　*Plaintiff,* | § § § | |
| v. | § § § | CASE NO. 1:25-CV-00416-ADA |
| LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION, AND THE UNITED STATES DEPARTMENT OF EDUCATION,<br>　　　　*Defendants.* | § § § § § § § § § § | |

## **ORDER**

Before the Court is the parties' Joint Status Report (ECF No. 11). On March 20, 2025, Plaintiff Ahsley N. Morgan filed an Application for Temporary Restraining Order and Preliminary Injunctive Relief. ECF No. 3. The Court denied Plaintiff's request for a temporary restraining order and deferred ruling on Plaintiff's request for a preliminary injunction until after a full evidentiary hearing. ECF No. 7 at 1. Accordingly, the Court set this case for a preliminary injunction hearing on April 10, 2025. *Id.* The Court ordered Defendants to respond to Plaintiff's motion for a preliminary injunction on or before April 1, 2025. *Id.* Additionally, the Court set a deadline of April 8, 2025 for Plaintiff to file a reply brief. *Id.* at 2.

In the Joint Status Report, Plaintiff agrees to withdraw her pending request for a preliminary injunction and pass the hearing setting on April 10, 2025. ECF No. 3 at ¶ 12. The parties agree that Morgan shall not be prejudiced from seeking a preliminary injunction in the future. *Id.* **IT IS THEREFORE ORDERED** that Plaintiff's Application for Temporary

1

Restraining Order and Preliminary Injunctive Relief (ECF No. 3) be **WITHDRAWN** from the docket sheet.

**IT IS FURTHER ORDERED** that the **PRELIMINARY INJUNCTION HEARING on April 10, 2025 at 1:30 PM** is hereby **CANCELLED.**

**IT IS FINALLY ORDERED** that Defendants' April 1, 2025 deadline to respond to Plaintiff's motion and Plaintiff's April 8, 2025 deadline to file a reply brief are both **VACATED.**

**SIGNED** this 31st day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE